

Cite as 2014 Ark. 137

# SUPREME COURT OF ARKANSAS

No.

| | |
|---|---|
| IN RE ARKANSAS SUPREME COURT COMMITTEE ON CIVIL PRACTICE | **Opinion Delivered** March 20, 2014 |

**PER CURIAM**

Ken Gould, Professor Emeritus of the William H. Bowen School of Law, has submitted his resignation as Reporter for the Supreme Court Committee on Civil Practice. Professor Gould was appointed to the position of reporter in 2010, and we appreciate his time and dedication while serving in that capacity. We are fortunate that he has agreed to continue his work with the committee as a nonvoting advisor. The committee will benefit from his knowledge and experience, and we thank him for this commitment.